# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY COTTON; AND KAREN
COTTON,

Appellants,

vs.

JP MORGAN CHASE BANK, N.A.,

Respondent.

No. 67967

**FILED**

FEB 0 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Kathleen E. Delaney, District Judge
John Walter Boyer, Settlement Judge
Millennium Legal LLC
Smith Larsen & Wixom
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-03549